SALVATORE SCOGNAMILLO, Respondent, *v.* ANTONIO PASSARELLI et al., Appellants, Impleaded with Another.

*Scognamillo v. Passarelli,* 157 App. Div. 428, reversed.
(Submitted January 5, 1914; decided January 20, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1913, which reversed an order of Special Term overruling a demurrer to the counterclaim contained in the answer of defendants, appellants, and sustained such demurrer in an action of replevin.

The following question was certified: "Is the counterclaim set forth in the amended answer of the defendants Passarelli of the character specified in section 501 of the Code of Civil Procedure?"

*Joseph Weber* and *James E. Brande* for appellants.

*Frank R. Green* and *Frank J. Rinaldi* for respondent.

Order of Appellate Division reversed on the dissenting opinion of SCOTT, J., below and order of Special Term affirmed, with costs in both courts; question certified answered in the affirmative.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ. Absent: WERNER, J.